UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL WHITFIELD,<br><br>               Plaintiff,<br><br>vs.<br><br>CHRISTINA SENIOR, *et al.*,<br><br>               Defendants. | Case No.: 3:20-CV-00244-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 4) |

      Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 4[1]) entered on August 19, 2020, recommending that the Court grant Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 3). No objection to the Report and Recommendation has been filled.

      This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

      The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

1

**IT IS HEREBY ORDERED** that Magistrate Judge Cobb's Report and Recommendation (ECF No. 4) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's IFP Application (ECF No. 3) is **GRANTED.** Plaintiff is permitted to maintain this action without prepaying the filing fee or giving security therefor. This order granting IFP status does not extend to the issuance of subpoenas at government expense.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file the Complaint (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the defamation (libel and slander) claims in his first and second causes of action are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** the IIED and fraudulent misrepresentation claims are **DISMISSED WITH LEAVE TO AMEND**.

**IT IS FURTHER ORDERED** Plaintiff shall file his amended complaint within **30 DAYS** of entry of this order correcting the deficiencies noted in the Report and Recommendation.  The amended complaint must be complete in and of itself without referring or incorporating by reference any previous complaint. Any allegations, parties, or requests for relief from a prior complaint that are not carried forwarded in the amended complaint will no longer be before the court. Plaintiff shall clearly title the amended pleading as "AMENDED COMPLAINT."

///

///

///

**IT IS FURTHER ORDERED** if Plaintiff fails to file an amended complaint within the **30 days from entry of this order**, the action will be dismissed.

**IT IS SO ORDERED**.

Dated this 21st day of September, 2020.

_____
ROBERT C. JONES
United States District Judge